Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−16143−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tosha N Simmons
   510 Edward Lane
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−2036

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 7, 2019.

On May 10, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               June 16, 2021
Time:               09:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 11, 2021
JAN: eag

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-16143-JNP
Tosha N Simmons                                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                        Page 1 of 3
Date Rcvd: May 11, 2021                 Form ID: 185                  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tosha N Simmons, 510 Edward Lane, Vineland, NJ 08360-2825 |
| 518212101 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518144617 | + | Center For Diagnostic Imaging, 1450 E Chestnut Ave Building 4, Vineland, NJ 08361-8467 |
| 518144627 | + | Excelcare Alliance, LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 518144630 | | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518144633 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518231306 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518285803 | + | Toyota Motor Credit Corporation, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518144635 | + | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 518144637 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518270325 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:13:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518144618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenity Bank/ashstwrt, Po Box 182789, Columbus, OH 43218-2789 |
| 518144619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 518144620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 518144621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 518144622 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 518144623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518144624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 20:44:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518144625 | + | Email/Text: electronicbkydocs@nelnet.net | May 11 2021 20:44:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 518144628 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2021 20:44:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 518144629 | + | Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 20:43:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518164836 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:13:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518144631 | + | Email/PDF: pa_dc_claims@navient.com | May 11 2021 21:11:57 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 518288001 | | Email/PDF: pa_dc_claims@navient.com | May 11 2021 21:12:44 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518144632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 11 2021 21:12:42 | Portfolio Recovery Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518269013 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 20:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518225223 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 20:44:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518182850 | + | Email/Text: electronicbkydocs@nelnet.net | May 11 2021 20:44:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518144636 | + | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 518266445 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 11 2021 21:12:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518144626 | *+ | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 518144634 | * | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518265076 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | |

District/off: 0312-1     User: admin     Page 3 of 3

Date Rcvd: May 11, 2021     Form ID: 185     Total Noticed: 32

|  |  |
|---|---|
|  | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Tosha N Simmons jjresq@comcast.net jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5