UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:
    Tosha Simmons

Order Filed on June 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number:  19-16143 JNP

Judge:  Jerrold N. Poslusny, Jr.

## ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 1, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Tosha Simmons
Case No.: 19-16143 JNP
Caption of Order: ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS


THIS MATTER having come before the Court by the Debtor, Tosha Simmons , by and through counsel, Joseph J. Rogers, Esquire, for an Order granting her Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that Tosha Simmons shall be and hereby are granted her Motion to Suspend her Trustee payments for three (3) months from April -June, to resume July 1, 2021; and

IT IS FURTHER ORDERED that the Debtors' case is allowed to continue at $11,328.00 total receipts applied to plan, then the new payments going forward shall be determined by the pending modified plan.