UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

**Order Filed on June 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Tosha Simmons

Case Number:   19-16143 JNP

Judge:  Jerrold N. Poslusny, Jr.

## ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 1, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Tosha Simmons
Case No.: 19-16143 JNP
Caption of Order: ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

THIS MATTER having come before the Court by the Debtor, Tosha Simmons , by and through counsel, Joseph J. Rogers, Esquire, for an Order granting her Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that Tosha Simmons shall be and hereby are granted her Motion to Suspend her Trustee payments for three (3) months from April -June, to resume July 1, 2021; and

IT IS FURTHER ORDERED that the Debtors' case is allowed to continue at $11,328.00 total receipts applied to plan, then the new payments going forward shall be determined by the pending modified plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16143-JNP |
| Tosha N Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

**Recip ID        Recipient Name and Address**
db            + Tosha N Simmons, 510 Edward Lane, Vineland, NJ 08360-2825

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Tosha N Simmons jjresq@comcast.net  jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5