UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-16143 |
| Tosha Simmons | Chapter: | 13 |
| | Judge: | Poslusny |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Tosha Simmons__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton, Clerk
  Mitchell Cohen Federal Court House
  1 John F. Gerry Plaza
  Fourth and Cooper, 4th Floor
  Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold Poslusny Jr.__ on __October 26, 2021__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __U.S. Bankruptcy Court, Camden__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
  Settled insurance claim - car totalled in flood
  Debtor will file a modified plan to surrender vehicle.
  Debtor will file an amended Schedule C

Pertinent terms of settlement:
| | |
|---|---|
| Total Settlement Amount: | $18,398.47 |
| (after insurance policy deductible) | |
| Balance due on car loan | $12,579.89 |
| Balance available for debtor | $ 5,818.58 |
| (Debtor is amending Schedules A,B, and C to exempt $6,318.58 under 11 U.S.C. 522(d)(5)) | |
| Balance available for trustee | $    0.00 |

Objections must be served on, and requests for additional information directed to:

Name:  Joseph J. Rogers, Esquire

Address:  900 Route 168 Suite I-4 Turnersville, NJ 08012

Telephone No.:  856-228-7964

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16143-JNP |
| Tosha N Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf905 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tosha N Simmons, 510 Edward Lane, Vineland, NJ 08360-2825 |
| 518212101 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518144617 | + | Center For Diagnostic Imaging, 1450 E Chestnut Ave Building 4, Vineland, NJ 08361-8467 |
| 518144627 | + | Excelcare Alliance, LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 518144630 | | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518144633 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518231306 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518285803 | + | Toyota Motor Credit Corporation, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518144635 | + | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 518144637 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518270325 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 20:44:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518144618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenity Bank/ashstwrt, Po Box 182789, Columbus, OH 43218-2789 |
| 518144619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 518144620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 518144621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 518144622 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 518144623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518144624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518144625 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 24 2021 20:30:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 518144628 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2021 20:29:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 518144629 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 24 2021 20:29:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518164836 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 20:44:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518144631 | + | Email/PDF: pa_dc_claims@navient.com | Sep 24 2021 20:44:17 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 518288001 | | Email/PDF: pa_dc_claims@navient.com | Sep 24 2021 20:44:09 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518144632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:16 | Portfolio Recovery Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518269013 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518225223 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 20:29:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518182850 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 24 2021 20:30:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518144636 | + | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2021 20:29:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 518266445 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 24 2021 20:44:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518144626 | *+ | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 518144634 | * | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518265076 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

**Name**            **Email Address**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf905 | Total Noticed: 32 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Joseph J. Rogers
    on behalf of Debtor Tosha N Simmons jjresq@comcast.net jjrogers0507@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5