Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

>Case No.: 19−16143−JNP
>Chapter: 13
>Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tosha N Simmons
   510 Edward Lane
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−2036

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Settled insurance claim – car totalled in flood
Debtor will file a modified plan to surrender vehicle.
Debtor will file an amended Schedule C

Dated: October 20, 2021
JAN: lgr

>Jeanne Naughton
>Clerk