Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−16143−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tosha N Simmons
   510 Edward Lane
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−2036

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 5, 2022.

Dated: January 5, 2022
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Tosha N Simmons  
    Debtor

Case No. 19-16143-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 05, 2022      Form ID: plncf13      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tosha N Simmons, 510 Edward Lane, Vineland, NJ 08360-2825 |
| 518212101 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518144617 | + | Center For Diagnostic Imaging, 1450 E Chestnut Ave Building 4, Vineland, NJ 08361-8467 |
| 518144627 | + | Excelcare Alliance, LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 518144630 | | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518144631 | + | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 518231306 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518285803 | + | Toyota Motor Credit Corporation, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518144635 | + | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 518144637 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518270325 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518212101 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2022 20:35:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518144618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenity Bank/ashstwrt, Po Box 182789, Columbus, OH 43218-2789 |
| 518144619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 518144620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 518144621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 518144622 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 518144623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518144624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518144625 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2022 20:31:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |

Case 19-16143-JNP    Doc 50    Filed 01/07/22    Entered 01/08/22 00:17:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: plncf13 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 518144628 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2022 20:31:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518144629 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2022 20:30:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518164836 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518288001 | | Email/PDF: pa_dc_claims@navient.com | Jan 05 2022 20:35:39 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518144632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 20:35:11 | Portfolio Recovery Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518269013 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 20:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518225223 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 20:31:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518144633 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 05 2022 20:31:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518182850 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2022 20:31:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518144636 | + | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 518266445 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518144626 | *+ | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 518144634 | * | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518265076 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: plncf13 | Total Noticed: 32 |

below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Tosha N Simmons jjresq@comcast.net jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5